IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MANCHESTER TEXAS FINANCIAL GROUP, LLC, MANCHESTER AUSTIN, LLC, *as assignee of Manchester Texas Financial Group, LLC* d/b/a MANCHESTER AUSTIN HOTEL, LLC, and MANCHESTER FINANCIAL GROUP, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § § § | 1:19-CV-630-RP |

**ORDER**

On September 4, 2020, the parties filed a joint notice and request to stay pending arbitration. (Dkt. 38). The parties state that this case should be stayed pending the outcome of an arbitration proceeding in which Plaintiffs are a claimant. (*Id.* at 1). Although Defendant is not a party to the arbitration, the arbitration involves alleged losses that are also the subject of this lawsuit between Plaintiffs and Defendant. (*Id.* at 1–2). The parties argue that the interests of justice and efficiency would be promoted by staying this case because the "issues, facts, evidence developed, and outcome of the Arbitration are pertinent to the insurance coverage issues in this litigation." (*Id.* at 3). The parties also represent that the underlying arbitration may "streamline or eliminate the need for further litigation." (*Id.*).

In light of the joint notice and request to stay and for good cause shown, the Court **ORDERS** that this action is **STAYED** pending the outcome of the underlying arbitration proceeding.

**IT IS FURTHER ORDERED** that the parties shall file quarterly status reports to keep the Court apprised of the progress of arbitration and any other relevant matters. The first joint status report shall be filed on or before **December 8, 2020**.

**SIGNED** on September 8, 2020.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE